IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00701-RM-BNB

WALTER MYERS,
KATHERINE MYERS,
AMANDA WEAKLAND, and
PATRICK WEAKLAND,

Plaintiffs,

v.

BUREAU OF LAND MANAGEMENT, an agency of the United States,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the Defendant BLM's Notice of Withdrawal of Motion for Partial Dismissal of the Complaint and Memorandum in Support and Substitution of Amended Motion and Memorandum in Support [25],

      IT IS ORDERED that the Motion for Partial Dismissal of the Complaint [12] is DENIED AS WITHDRAWN.

DATED:  August 12, 2013