| | |
|---|---|
| From: | Hall, Steven B |
| To: | Krauss, Jeff; Boddington, Celia |
| Cc: | Hankins, Helen M; Mehlhoff, John; Berger, Keith E; Shoop, Gregory P; Bloom, Randy A; Burden, Anna M; McManus, Geoffrey P; Adamic, Denise J; BLM_CO_SO_CO912 |
| Subject: | Early Alert: Park Center Well Failure |
| Date: | Tuesday, December 06, 2011 4:45:20 PM |

## Early Alert

| | |
|---|---|
| To: | WO BLM/DOI Officials |
| From: | Colorado State Office |
| Through: | WO Public Affairs Group Manager |
| Subject: | Park Center Well Failure |
| What: | On Tuesday, December 06, 2011, the surface valve on the replacement Park Center well failed resulting in an uncontrolled flow of approximately 6,500 gallons of water per minute. The cause of the failure is undetermined but freezing temperatures in the area are suspected. BLM staff inspected the well and BLM Engineering and contracting staff are working to find a contractor to stop the flow of water and stabilize the well pad. After the well is controlled, BLM will determine how to proceed. |
| Who: | BLM Royal Gorge Field Office, Fremont County, Park Center Well Water District |
| Where: | Fremont County, north of Canon City, Colorado |
| When: | Tuesday, December 06, 2011 |
| Background: | This well was drilled to replace an artesian well located on BLM–administered lands and was shut in but not completed. BLM Colorado has been working on hiring a contractor to complete the replacement well. |
| Contact: | Helen Hankins, State Director, 303-239-3700 |

Steven B. Hall
Communications Director
Bureau of Land Management Colorado
303.239.3672
sbhall@blm.gov

EXHIBIT 2

 

**Dawson, Sara L**

To: JD Weiman
Subject: RE: Question about the Park Center Well Drilling requirement

Mr. Weiman,

Thank you for your interest in the BLM. The Park Center Well project is currently on hold as we are working with a contractor to assess the state of the well and to seal any leaks. We hope to have a decision by the end of the summer of the direction of this project.

Thanks,

Sara L. Dawson
Supervisory Procurement Analyst
BLM Colorado State Office
2850 Youngfield St
Lakewood, CO 80215
(303)239-3764 Phone
(303)842-3444 Cell
(303)239-3699 Fax

---

**From:** JD Weiman [mailto:JacobWeiman@deltek.com]
**Sent:** Monday, May 14, 2012 1:54 PM
**To:** Dawson, Sara L
**Subject:** Question about the Park Center Well Drilling requirement

Good Afternoon,

I was wondering if the Contracting Office indented to procure the previously cancelled Park Center Well Requirement in the upcoming months or if the effort has been effectively cancelled at this point. I remember speaking with you about three months ago and you told me that due to pipe issues, that the requirement was on hold and may not be procured.

Thank you for your time,



| | | | |
|---|---|---|---|
| **J.D. Weiman** | | | |
| Research Analyst | T: 571.306.5624 | | @GovWin |
| jacobweiman@deltek.com | F: 571.306.5987 | | Facebook |
| www.GovWin.com | | | LinkedIn |

This e-mail and any attachments are intended only for the named recipient(s) and may contain information that is legally privileged, confidential, or exempt from disclosure under applicable law. This message may be logged for archival purposes, may be reviewed by parties at Deltek other than those named in the message header, and may not necessarily constitute an official representation of Deltek. If you have received this message in error, or are not the named recipient(s), you may not retain copy or use this e-mail or any attachment for any purpose or disclose all or any part of the contents to any other person. Any such dissemination, distribution or

# Gilbert, David W

| | |
|---|---|
| **From:** | Gilbert, David W |
| **Sent:** | Wednesday, December 07, 2011 4:03 PM |
| **To:** | Smith, Roy E |
| **Cc:** | Berger, Keith E; Adamic, Denise I; Shoop, Gregory P; Smeins, John W |
| **Subject:** | Four Mile\ PC well data |
| **Attachments:** | BLM_FourMileCreekFinal_Data.xls |

Roy, here is data from 8/2010 sampling on the first uncontrolled flow. We collected above below and the well at that time and ran tests for the variables shown on the table through Colorado Mountain College lab. I'll call again after you evaluate this for its suitability for your pending needs. I recall the lab stating most looked normal with Aluminum being elevated somewhat. This was at the time of the flush, so not too much could be made of that in their opinion.

1

## Dawson, Sara L

**From:** Spano, Rosemarie L
**Sent:** Tuesday, April 24, 2012 8:41 AM
**To:** McManus, Geoffrey P
**Cc:** Quesenberry, Leah A; Shoop, Gregory P; Dawson, Sara L; Dickman, David K
**Subject:** FW: Park Center Well

FYI

Rosemarie Spano
Civil Engineer

BLM, Engineering Field Office
2815 H Road, Grand Junction, CO 81506
970/244-3189 desk
970/250-0152 cell

-----Original Message-----
From: Tom Menhennett [mailto:tbm3040@gmail.com]
Sent: Monday, April 23, 2012 4:40 PM
To: Spano, Rosemarie L
Subject: Park Center Well

Rosemarie,

We completed our bi-weelky change out of the Choke & By-Pass Valves today. We wanted to note another increase in the volume of water that we are having to pump. The volume has now increased to 25 GPM. We had to clean out and drill more holes into the culvert to accommodate for this increase in volume, and keep the water level on the outside of the plastic pump culvert from building up. We are getting very concerned that too much volume of water could compromise the ability of the cementing to be effective. For the present we are now going to have a man measure the volume each day.

Thank You,

--
Tom Menhennett- CFO Javernick Oil LLC
3040 E. Main St-  Canon City, CO 81212
Phone; 719-275-3040
Fax; 719-275-4590

## Gilbert, David W

| | |
|---|---|
| **From:** | Gilbert, David W |
| **Sent:** | Monday, January 23, 2012 4:52 PM |
| **To:** | Smith, Roy E; Dickerson, Jimmy W; Smeins, John W; Carter, Stephanie S; Peterson, Leslie M |
| **Cc:** | Berger, Keith E; Hallock, Justin M |
| **Subject:** | old well discharg estimate |

We were able to utilize a portable flume today to approximate the old Park Center Well surface leakage.

If you haven't seen, several leaks join then water flows south across flat ground which creates a ponded wetland area about 15 feet wide and several hundred feet long. A predominate nick point with some slope allowed a set of the gauge to capture most flow. Recognizing some limited piping and no doubt some sub surface flow through muds, I believe the current leakage is close to 56 GPM.

To nail an exact flow would require substantial digging, board setting, possibly vegetation clearing, etc. because of the site, but I believe 56 GPM is within a few percent (not counting water lost in alluvium or that which may not surface). Thanks for helping Justin.