

Myers 000891

Fourmile Creek 600 feet below Pad #2    4-17-12

EXHIBIT 5

Myers 000400



Fivemile Creek at confluence with Secondary Drain 4-17-13

Myers 000401



Fourmile Creek immediately above Pad #2   4-17-12

Myers 000402



Fourmile Creek immediately below Pad #1
4-17-12

Myers 000403



Fourmile Creek immediately below Pad #2
4-17-12

Myers 000404



Fourmile Creek immediately below Pad #3   4-17-12

Myers 000405



Fourmile Creek looking upstream below Main Drain Confluence  4-17-12

Myers 000406



Main Drain Point #1
4-17-12

Myers 000407



Secondary Drain Point #2 4-1-12