| PERMITTEE NAME/ADDRESS (Include Facility Name/Location if Different) | | NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES) DISCHARGE MONITORING REPORT (DMR) | | Form Approved. OMB No. 2040-0004 |
|---|---|---|---|---|
| NAME | BLM - Canon City Office | | | |
| ADDRESS | 3028 E. Main St. Canon City, CO 81212 (Fremont County) | COU000506 PERMIT NUMBER | UP1 DISCHARGE NUMBER | |
| FACILITY LOCATION | 38° 31.267'N / 105° 12.867'W | MONITORING PERIOD FROM 2013 04 01 TO 2013 06 30 | ☐ Check here if No Discharge NOTE: Read Instructions before completing this form | |

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VALUE | VALUE | UNITS | VALUE | VALUE | VALUE | UNITS | | | |
| Flow (gallons per day, gpd) | SAMPLE MEASUREMENT | 0 | 711000 | gpd | ****** | ****** | ****** | N/A | N/A | 43/90 | Grab |
| | PERMIT REQUIREMENT | REPORT MIN | REPORT MAX | | ****** | ****** | ****** | | | 1/30 | GRAB |
| Temperature (degrees Celsius, Deg. C.) | SAMPLE MEASUREMENT | ****** | ****** | N/A | n/a | ****** | 20 | Deg. C. | N/A | 1/30 | Grab |
| | PERMIT REQUIREMENT | ****** | ****** | | REPORT MIN | ****** | REPORT MAX | | | 1/30 | GRAB |
| Turbidity in nephelometric turbidity units, NTUs) | SAMPLE MEASUREMENT | ****** | ****** | N/A | N/A | ****** | N/A | NTU | | N/A | |
| | PERMIT REQUIREMENT | ****** | ****** | | REPORT MIN | EVENT ONLY | REPORT MAX | | | EVENT | GRAB |
| Total Suspended Solids (milligram/liter, mg/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | N/A | ****** | N/A | N/A | | N/A | |
| | PERMIT REQUIREMENT | ****** | ****** | | REPORT MIN | EVENT ONLY | REPORT MAX | | | EVENT | GRAB |
| ****** | SAMPLE MEASUREMENT | ****** | ****** | | ****** | ****** | ****** | | | | |
| | PERMIT REQUIREMENT | ****** | ****** | | ****** | ****** | ****** | | | | |
| ****** | SAMPLE MEASUREMENT | ****** | ****** | | ****** | ****** | ****** | | | | |
| | PERMIT REQUIREMENT | ****** | ****** | | ****** | ****** | ****** | | | | |
| ****** | SAMPLE MEASUREMENT | ****** | ****** | | ****** | ****** | ****** | | | | |
| | PERMIT REQUIREMENT | ****** | ****** | | ****** | ****** | ****** | | | | |

| NAME/TITLE PRINCIPAL EXECUTIVE OFFICER | I CERTIFY UNDER PENALTY OF LAW THAT THIS DOCUMENT AND ALL ATTACHMENTS WERE PREPARED UNDER MY DIRECTION OR SUPERVISION IN ACCORDANCE WITH A SYSTEM DESIGNED TO ASSURE THAT QUALIFIED PERSONNEL PROPERLY GATHER AND EVALUATE THE INFORMATION SUBMITTED. BASED ON MY INQUIRY OF THE PERSON OR PERSONS WHO MANAGE THE SYSTEM, OR THOSE PERSONS DIRECTLY RESPONSIBLE FOR GATHERING THE INFORMATION, THE INFORMATION SUBMITTED IS TO THE BEST OF MY KNOWLEDGE AND BELIEF, TRUE, ACCURATE, AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT FOR KNOWING VIOLATIONS. | SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT | TELEPHONE 719 269-8515 AREA CODE NUMBER | DATE 2013 07 22 YEAR MO DAY |
|---|---|---|---|---|
| Keith Berger TYPED OR PRINTED | | | | |

COMMENTS AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)

For event frequency of analysis see FCA monitoring table and notes for required frequency; report actual frequency (i.e., X/90). If Fourmile Creek has no flow upstream of Outfall 002, report the stream flow as zero and the other parameters as not applicable, N/A.

EPA Form 3320-1

PAGE OF

EXHIBIT 6

Form Approved.
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if Different)

NAME: BLM - Canon City Office
ADDRESS: 3028 E. Main St. Canon City, CO
81212 (Fremont County)

FACILITY LOCATION: 38° 31.267'N / 105° 12.867'W

PERMIT NUMBER: CO0000506
DISCHARGE NUMBER: DP1

MONITORING PERIOD
FROM: YEAR 2013 MO 04 DAY 01
TO: YEAR 2013 MO 06 DAY 30

☐ Check here if No Discharge

NOTE: Read instructions before completing this form

| PARAMETER | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | UNITS | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | VALUE | VALUE | UNITS | VALUE | VALUE | VALUE | | | | |
| Flow (gpd) SAMPLE MEASUREMENT | 194000 | 646000 | N/A | ******* | ******* | ******* | gpd | N/A | 1/30 | Grab |
| PERMIT REQUIREMENT | REPORT MIN | REPORT MAX | | ******* | ******* | ******* | | | 1/30 | GRAB |
| Temperature (Deg. C.) SAMPLE MEASUREMENT | N/A | ******* | ******* | 11 | ******* | 21 | Deg. C. | N/A | 1/30 | Grab |
| PERMIT REQUIREMENT | | ******* | ******* | REPORT MIN | ******* | REPORT MAX | | | 1/30 | GRAB |
| Total Hardness (mg/L of CaCO3) SAMPLE MEASUREMENT | ******* | ******* | N/A | ******* | 510 | ******* | mg/L CaCO3 | N/A | 1/90 | Grab |
| PERMIT REQUIREMENT | ******* | ******* | | ******* | REPORT | ******* | | | 1/90 | GRAB |
| Total Suspended Solids (mg/L) SAMPLE MEASUREMENT | ******* | ******* | N/A | N/A | N/A | N/A | mg/L | N/A | | GRAB |
| PERMIT REQUIREMENT | ******* | ******* | | EVENT ONLY | REPORT MAX | N/A | | | | EVENT GRAB |
| Turbidity (NTU) SAMPLE MEASUREMENT | ******* | ******* | N/A | N/A | N/A | N/A | NTU | | | GRAB |
| PERMIT REQUIREMENT | ******* | ******* | | REPORT MIN | EVENT ONLY | REPORT MAX | | | | EVENT GRAB |
| Color (0 = clear, 1 = cloudy, 2 = turbid) SAMPLE MEASUREMENT | ******* | ******* | N/A | N/A | ******* | N/A | N/A | | | GRAB |
| PERMIT REQUIREMENT | ******* | ******* | | REPORT MIN | EVENT ONLY | REPORT MAX | | | | EVENT GRAB |
| pH (s.u.) SAMPLE MEASUREMENT | ******* | ******* | N/A | N/A | ******* | N/A | s.u. | N/A | | GRAB |
| PERMIT REQUIREMENT | ******* | ******* | | REPORT MIN | EVENT ONLY | REPORT MAX | | | | EVENT GRAB |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: Keith Berger

I CERTIFY UNDER PENALTY OF LAW THAT THIS DOCUMENT AND ALL ATTACHMENTS WERE PREPARED UNDER MY DIRECTION OR SUPERVISION IN ACCORDANCE WITH A SYSTEM DESIGNED TO ASSURE THAT QUALIFIED PERSONNEL PROPERLY GATHER AND EVALUATE THE INFORMATION SUBMITTED. BASED ON MY INQUIRY OF THE PERSON OR PERSONS WHO MANAGE THE SYSTEM, OR THOSE PERSONS DIRECTLY RESPONSIBLE FOR GATHERING THE INFORMATION, THE INFORMATION SUBMITTED IS, TO THE BEST OF MY KNOWLEDGE AND BELIEF, TRUE, ACCURATE, AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT FOR KNOWING VIOLATIONS.

TYPED OR PRINTED: Keith Berger

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT: [signature]

TELEPHONE: 719 269-8515
DATE: YEAR 2013 MO 07 DAY 22
AREA CODE NUMBER

COMMENTS AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)

For event frequency of analysis see FCA monitoring table and notes for required frequency; report actual frequency (i.e., X/90).

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

Form Approved.
OMB No. 2040-0004

☐ Check here if No Discharge
NOTE: Read Instructions before completing this form

| PERMITTEE NAME/ADDRESS (Include Facility Name/Location if Different) | | |
|---|---|---|
| NAME | BLM - Canon City Office | |
| ADDRESS | 3028 E. Main St. Canon City, CO 81212 (Fremont County) | |
| FACILITY LOCATION | 38° 31.267'N / 105° 12.867'W | |

| PERMIT NUMBER | DISCHARGE NUMBER |
|---|---|
| COU000506 | 001 |

| MONITORING PERIOD | | | | | | |
|---|---|---|---|---|---|---|
| FROM | YEAR 2013 | MO 04 | DAY 01 | TO | YEAR 2013 | MO 06 | DAY 30 |

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VALUE | VALUE | UNITS | VALUE | VALUE | VALUE | | | |
| Flow (gpd) | SAMPLE MEASUREMENT | 219100 | 276000 | gpd | ****** | ****** | ****** | 0 | 43/90 | Grab |
| | PERMIT REQUIREMENT | REPORT MIN | REPORT MAX 300,000 | | ****** | ****** | ****** | | | |
| Temperature (Deg. C.) | SAMPLE MEASUREMENT | ****** | ****** | N/A | 30 | ****** | ****** | N/A | 1/30 | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | | *REPORT MIN | ****** | 30 | | | |
| Color (0 = clear, 1 = cloudy, 2 = turbid) | SAMPLE MEASUREMENT | ****** | ****** | N/A | 0 | ****** | 0 | N/A | 43/90 | Grab |
| | PERMIT REQUIREMENT | ****** | ****** | | REPORT MIN | ****** | REPORT MAX | | | |
| pH (s.u.) | SAMPLE MEASUREMENT | ****** | ****** | N/A | 6.86 | ****** | 6.90 | 0 | 1/30 | Grab |
| | PERMIT REQUIREMENT | ****** | ****** | | 6.5 Minimum | ****** | 9.0 Maximum | | | |
| Total Suspended Solids (mg/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | >5 | >5 | ****** | 0 | 1/90 | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | | 30 30 DA AVG | 45 7 DA AVG | 340 DAILY MX | | | |
| Arsenic (micrograms per liter, ug/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | 1.6 | 1.6 | 1.6 | 0 | 1/90 | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | | 10 30 DA AVG | ****** | ****** | | | |
| Turbidity (NTU) | SAMPLE MEASUREMENT | ****** | ****** | N/A | .10 | ****** | .71 | N/A | 1/90 | Grab |
| | PERMIT REQUIREMENT | ****** | ****** | | REPORT MIN | ****** | REPORT MAX | | | |

| NAME/TITLE PRINCIPAL EXECUTIVE OFFICER | | I CERTIFY UNDER PENALTY OF LAW THAT THIS DOCUMENT AND ALL ATTACHMENTS WERE PREPARED UNDER MY DIRECTION OR SUPERVISION IN ACCORDANCE WITH A SYSTEM DESIGNED TO ASSURE THAT QUALIFIED PERSONNEL PROPERLY GATHER AND EVALUATE THE INFORMATION SUBMITTED. BASED ON MY INQUIRY OF THE PERSON OR PERSONS WHO MANAGE THE SYSTEM, OR THOSE PERSONS DIRECTLY RESPONSIBLE FOR GATHERING THE INFORMATION, THE INFORMATION SUBMITTED IS, TO THE BEST OF MY KNOWLEDGE AND BELIEF, TRUE, ACCURATE, AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT FOR KNOWING VIOLATIONS. | SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT | TELEPHONE | | DATE | | |
|---|---|---|---|---|---|---|---|---|
| TYPED OR PRINTED | Keith Berger | | [signature] | AREA CODE 719 | NUMBER 269-8515 | YEAR 2013 | MO 07 | DAY 22 |

COMMENTS AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
See FCA monitoring table and notes for increased frequency of monitoring due to an event; report actual frequency.

EPA Form 3320-1        PAGE    OF

**EPA Form 3320-1**

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES) DISCHARGE MONITORING REPORT (DMR)**

Form Approved.
OMB No. 2040-0004

**PERMITTEE NAME/ADDRESS** (Include Facility Name/Location if Different)

NAME: BLM - Canon City Office
ADDRESS: 3028 E. Main St. Canon City, CO 81212 (Fremont County)

FACILITY LOCATION: 38° 31.267'N / 105° 12.867'W

PERMIT NUMBER: COU000506
DISCHARGE NUMBER: 001

MONITORING PERIOD: FROM 2013 04 01 TO 2013 06 30

☐ Check here if No Discharge
NOTE: Read instructions before completing this form

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | UNITS | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VALUE | VALUE | UNITS | VALUE | VALUE | VALUE | | | | |
| Total Chromium (mg/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ------- | ------- | ------- | mg/L | -- | -- | -- |
| | PERMIT REQUIREMENT | ****** | ****** | | ------- | ------- | ------- | | | | |
| Total Nickel (mg/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ------- | REPORT MAX | ****** | mg/L | | 2/90 | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | | ------- | REPORT MAX | ****** | | | | |
| Total Silver (mg/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ------- | REPORT MAX | ****** | mg/L | | 2/90 | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | | ------- | REPORT MAX | ****** | | | | |
| Uranium (ug/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ****** | 46.5 | ****** | ug/L | N/A | 1/90 | Grab |
| | PERMIT REQUIREMENT | ****** | ****** | | ****** | REPORT | ****** | | | | |
| Gross alpha particles (picocuries per liter, pCi/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ****** | 25 | ****** | pCi/L | N/A | 1/90 | Grab |
| | PERMIT REQUIREMENT | ****** | ****** | | ****** | REPORT | ****** | | | | |
| ******* | SAMPLE MEASUREMENT | ****** | ****** | | ****** | ****** | ****** | | | | |
| | PERMIT REQUIREMENT | ****** | ****** | | ****** | ****** | ****** | | | | |
| ******* | SAMPLE MEASUREMENT | ****** | ****** | | ****** | ****** | ****** | | | | |
| | PERMIT REQUIREMENT | ****** | ****** | | ****** | ****** | ****** | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: Keith Berger

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT THIS DOCUMENT AND ALL ATTACHMENTS WERE PREPARED UNDER MY DIRECTION OR SUPERVISION IN ACCORDANCE WITH A SYSTEM DESIGNED TO ASSURE THAT QUALIFIED PERSONNEL PROPERLY GATHER AND EVALUATE THE INFORMATION SUBMITTED. BASED ON MY INQUIRY OF THE PERSON OR PERSONS WHO MANAGE THE SYSTEM, OR THOSE PERSONS DIRECTLY RESPONSIBLE FOR GATHERING THE INFORMATION, THE INFORMATION SUBMITTED IS, TO THE BEST OF MY KNOWLEDGE AND BELIEF, TRUE, ACCURATE, AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT FOR KNOWING VIOLATIONS.

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: 719 / 269-8515

DATE: 2013 07 22

COMMENTS AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
See FCA monitoring table note i for chromium, nickel and silver monitoring frequencies.

PAGE ___ OF ___

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

Form Approved.
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if Different)

NAME: BLM - Canon City Office
ADDRESS: 3028 E. Main St. Canon City, CO 81212 (Fremont County)

FACILITY LOCATION: 38° 31.267'N / 105° 12.867'W

PERMIT NUMBER: COU000506
DISCHARGE NUMBER: 002

MONITORING PERIOD: FROM 2013 04 01 TO 2013 06 30

[X] Check here if No Discharge
NOTE: Read Instructions before completing this form

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VALUE | VALUE | UNITS | VALUE | VALUE | VALUE | UNITS | | | |
| Flow (gpd) | SAMPLE MEASUREMENT | 0 | 0 | gpd | ****** | ****** | ****** | N/A | 0 | 43/90 | Grab |
| | PERMIT REQUIREMENT | REPORT MIN | REPORT MAX | | ****** | ****** | ****** | | | | |
| Temperature (Deg. C.) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ****** | ****** | ****** | Deg. C. | | 1/30 | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | | ****** | ****** | ****** | | | | |
| Color (0 = clear, 1 = cloudy, 2 = turbid) | SAMPLE MEASUREMENT | ****** | ****** | N/A | N/A | N/A | N/A | N/A | | N/A | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | | REPORT MIN | N/A | REPORT MAX | | | | |
| pH (s.u.) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ****** | ****** | ****** | s.u. | | 1/90 | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | | 6.5 Minimum | N/A | 9.0 Maximum | | | | |
| Total Suspended Solids (mg/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | 30 | 45 | ****** | mg/L | | 1/90 | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | | 30 DA AVG | 7 DA AVG | ****** | | | | |
| Arsenic (ug/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ****** | ****** | ****** | ug/L | | 1/90 | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | | 10 30 DA AVG | N/A | 340 DAILY MX | | | | |
| Turbidity (NTU) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ****** | ****** | ****** | NTU | | 1/90 | GRAB |
| | PERMIT REQUIREMENT | ****** | ****** | | REPORT MIN | N/A | REPORT MAX | | | | |

| NAME/TITLE PRINCIPAL EXECUTIVE OFFICER | | TELEPHONE | | | DATE | | |
|---|---|---|---|---|---|---|---|
| TYPED OR PRINTED | SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT | AREA CODE | NUMBER | | YEAR | MO | DAY |
| Keith Berger | [signature] | 719 | 269-8515 | | 2013 | 07 | 22 |

I CERTIFY UNDER PENALTY OF LAW THAT THIS DOCUMENT AND ALL ATTACHMENTS WERE PREPARED UNDER MY DIRECTION OR SUPERVISION IN ACCORDANCE WITH A SYSTEM DESIGNED TO ASSURE THAT QUALIFIED PERSONNEL PROPERLY GATHER AND EVALUATE THE INFORMATION SUBMITTED. BASED ON MY INQUIRY OF THE PERSON OR PERSONS WHO MANAGE THE SYSTEM, OR THOSE PERSONS DIRECTLY RESPONSIBLE FOR GATHERING THE INFORMATION, THE INFORMATION SUBMITTED IS, TO THE BEST OF MY KNOWLEDGE AND BELIEF, TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT FOR KNOWING VIOLATIONS.

COMMENTS AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
See FCA monitoring table and notes for increased frequency of monitoring due to an event; report actual frequency.

EPA Form 3320-1                                                                                                     PAGE     OF

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

Form Approved.
OMB No. 2040-0004

| PERMITTEE NAME/ADDRESS (Include Facility Name/Location if Different) | | |
|---|---|---|
| NAME | BLM - Canon City Office | |
| ADDRESS | 3028 E. Main St. Canon City, CO 81212 (Fremont County) | |
| FACILITY LOCATION | 38° 31.267'N / 105° 12.867'W | |

PERMIT NUMBER: CO0000506
DISCHARGE NUMBER: 002

MONITORING PERIOD
FROM: YEAR 2013 MO 04 DAY 01
TO: YEAR 2013 MO 06 DAY 30

[X] Check here if No Discharge
NOTE: Read instructions before completing this form

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | UNITS | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VALUE | VALUE | UNITS | VALUE | VALUE | VALUE | | | | |
| Total Chromium (mg/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ****** | | | mg/L | | | |
| | PERMIT REQUIREMENT | ****** | ****** | N/A | REPORT MAX | | ****** | mg/L | N/A | 2/90 | GRAB |
| Total Nickel (mg/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ****** | | | mg/L | | | |
| | PERMIT REQUIREMENT | ****** | ****** | N/A | REPORT MAX | | ****** | mg/L | N/A | 2/90 | GRAB |
| Total Silver (mg/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ****** | | | mg/L | | | |
| | PERMIT REQUIREMENT | ****** | ****** | N/A | REPORT MAX | | ****** | mg/L | N/A | 2/90 | GRAB |
| Uranium (ug/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ****** | REPORT | ****** | ug/L | | | |
| | PERMIT REQUIREMENT | ****** | ****** | N/A | ****** | REPORT | ****** | ug/L | N/A | 1/90 | GRAB |
| Gross alpha particles (picocuries per liter, pCi/L) | SAMPLE MEASUREMENT | ****** | ****** | N/A | ****** | | ****** | pCi/L | | | |
| | PERMIT REQUIREMENT | ****** | ****** | N/A | REPORT MIN | | | pCi/L | N/A | 1/90 | GRAB |
| Total Residual Chlorine (mg/L) (0=non-detect, or N/A when not in use) | SAMPLE MEASUREMENT | ****** | ****** | N/A | N/A | ****** | N/A | N/A | | | |
| | PERMIT REQUIREMENT | ****** | ****** | N/A | N/A | WHEN USED | N/A | N/A | N/A | WHEN USED | GRAB |

| NAME/TITLE PRINCIPAL EXECUTIVE OFFICER | | I CERTIFY UNDER PENALTY OF LAW THAT THIS DOCUMENT AND ALL ATTACHMENTS WERE PREPARED UNDER MY DIRECTION OR SUPERVISION IN ACCORDANCE WITH A SYSTEM DESIGNED TO ASSURE THAT QUALIFIED PERSONNEL PROPERLY GATHER AND EVALUATE THE INFORMATION SUBMITTED. BASED ON MY INQUIRY OF THE PERSON OR PERSONS WHO MANAGE THE SYSTEM, OR THOSE PERSONS DIRECTLY RESPONSIBLE FOR GATHERING THE INFORMATION, THE INFORMATION SUBMITTED IS, TO THE BEST OF MY KNOWLEDGE AND BELIEF, TRUE, ACCURATE, AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT FOR KNOWING VIOLATIONS. | TELEPHONE | | DATE | | |
|---|---|---|---|---|---|---|---|
| TYPED OR PRINTED | Keith Berger | SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT | AREA CODE 719 | NUMBER 269-8515 | YEAR 2013 | MO 07 | DAY 22 |

COMMENTS AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
See FCA monitoring table and notes for frequency of chlorine monitoring during use of chlorine; report actual frequency. See FCA monitoring table note i for chromium, nickel and silver monitoring frequencies.

EPA Form 3320-1

PAGE OF