**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00701-RM-BNB

WALTER MYERS,
KATHERINE MYERS,
AMANDA WEAKLAND, and
PATRICK WEAKLAND

      Plaintiffs,

v.

BUREAU OF LAND MANAGEMENT, an agency of the United States

      Defendant.
_____

**ORDER GRANTING DEFENDANT'S MOTION FOR STAY (ECF NO. 39)**
_____

THIS MATTER comes before the Court on Defendant's Motion for Stay in Light of Lapse of Appropriations ("Motion for Stay") (ECF No. 39). The Court has reviewed the Motion for Stay and other filings in this case, taken into account Defendant's representation that Plaintiffs object to the stay and Plaintiffs have not had an opportunity to respond to the Motion for Stay, and considered the impact a stay would have on this litigation. After careful consideration, and being otherwise fully advised, it is

ORDERED that the Motion for Stay is GRANTED. All dates, deadlines, including the deadline for Defendant to respond to Plaintiffs' Motion for Summary Judgment (ECF No. 37), and other matters are stayed until further Order of the Court. The Court will set any new dates and deadlines, as appropriate, when it issues its subsequent order lifting this stay;

FURTHER ORDERED that notwithstanding this Order, during the pendency of the stay, upon motion filed based on exceptional circumstances, any party may request relief from this stay to raise such circumstances before the Court or otherwise seek relief; and

FURTHER ORDERED that notwithstanding this stay, Defendant shall cause this case to be monitored in the event any motion or other paper is filed during the pendency of this stay.

DATED this 1st day of October, 2013.

                                    BY THE COURT:

                                    _____
                                    RAYMOND P. MOORE
                                    United States District Judge