**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00701-RM-BNB

WALTER MYERS,
KATHERINE MYERS,
AMANDA WEAKLAND, and
PATRICK WEAKLAND

     Plaintiffs,

v.

BUREAU OF LAND MANAGEMENT, an agency of the United States

     Defendant.

_____

**ORDER LIFTING STAY**
_____

     THIS MATTER comes before the Court *sua sponte*.  By order dated October 1, 2013, the Court granted Defendant's Motion for Stay in Light of Lapse of Appropriations.  As the reasons which gave rise to the request for a stay no longer exist, and the stay was in place for 22 days, it is hereby

     ORDERED that the stay in this case is lifted; it is

     FURTHER ORDERED that Defendant's response to Plaintiffs' Motion for Summary Judgment (ECF No. 37) is due within 21 days of the date of this Order, and Plaintiff's reply is due within 14 days after service of Defendant's response; and it is

FURTHER ORDERED that the parties are to contact Magistrate Judge Boland to reset discovery or other dates in the Scheduling Order necessitated by the October 1, 2013 stay order.

DATED this 22nd day of October, 2013.

                                      BY THE COURT:

                                      _____
                                      RAYMOND P. MOORE
                                      United States District Judge