**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:13cv00701-RM-BNB

WALTER MYERS,
KATHERINE MYERS,
AMANDA WEAKLAND, and
PATRICK WEAKLAND,
Citizens of Colorado,

        Plaintiffs,

        v.

BUREAU OF LAND MANAGEMENT,
an agency of the United States,

        Defendant, and

PARK CENTER WATER DISTRICT,

        Defendant – Intervenor.

---

**ORDER GRANTING
MOTION TO INTERVENE OF PARK CENTER WATER DISTRICT (ECF NO. 42)**

---

The Court has reviewed the unopposed Motion to Intervene of Park Center Water District, and the file, and is otherwise advised on the matter. Finding good cause and the requirements for intervention under Fed.R.Civ.P. 24 have been met, it is hereby ORDERED

1. The Motion to Intervene of Park Center Water District (ECF No. 42) is **GRANTED**, and

2

2. Defendant-Intervenor Park Center Water District's Answer (ECF No. 42-1) is hereby accepted as filed.

DATED this 7th day of November, 2013.

                              BY THE COURT:

                              _____
                              RAYMOND P. MOORE
                              United States District Judge