IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00701-RM-BNB

WALTER MYERS,
KATHERINE MYERS,
AMANDA WEAKLAND, and
PATRICK WEAKLAND,

Plaintiffs,

v.

BUREAU OF LAND MANAGEMENT, an agency of the United States,

Defendant, and

PARK CENTER WATER DISTRICT,

Defendant-Intervenor.

_____

**ORDER**
_____

The parties appeared today for a status conference. Consistent with matter discussed at the status conference,

IT IS ORDERED that the Scheduling Order is modified to the following extent:

    Defendant-Intervenor's Rule
    26(a)(1) disclosures:            January 6, 2014

    Discovery Cut-Off:             April 14, 2014

    (All discovery must be completed by the discovery cut-off. All
    written discovery must be served so that responses are due on or
    before the discovery cut-off.)

|  |  |
|---|---|
| Discovery is limited as follows: | Ten depositions per side plus, the depositions of any specially retained experts designated pursuant to this scheduling order; 25 interrogatories per separately represented party ; 15 requests for production of documents per separately represented party; and 25 requests for admissions per separately represented party. |
| Dispositive Motions Deadline: | April 30, 2014 |

Expert Disclosures:  Each side may designate no more than five specially retained expert witnesses.

(a)  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 14, 2014

(b)  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 14, 2014

Final Pretrial Conference: The final pretrial conference set for March 17, 2014, at 10:00 a.m., is VACATED and RESET to June 26, 2014, at 9:30 a.m.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than June 19, 2014.

Dated December 17, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge