**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00701-RM-NYW

WALTER MYERS,
KATHERINE MYERS,
AMANDA WEAKLAND, and
PATRICK WEAKLAND,

    Plaintiffs,

v.

BUREAU OF LAND MANAGEMENT, an agency of the United States,

    Defendant, and

PARK CENTER WATER DISTRICT,

    Defendant-Intervenor.

**ORDER**

    This matter is before the Court on the parties' joint motion (ECF No. 146) for the "Court to enter a Consent Order in the form attached" to the motion (ECF No. 146 at 5-7).   The Court GRANTS the joint motion.   (ECF No. 146.)   Further, the Court adopts the proposed consent order (ECF No. 146 at 6-7).

    WHEREAS, the Plaintiffs maintain that they are entitled to recover litigation costs, including attorneys' fees, in this case;

    WHEREAS, Defendant Bureau of Land Management maintains that Plaintiffs are not entitled to recover such an award in this case;

WHEREAS, the parties wish to avoid litigation over the issue of litigation costs, and have reached an agreement to resolve the issue without litigation.

NOW THEREFORE, without the admission or resolution of any issue of fact or law,

IT IS ORDERED that Defendant BLM shall pay Plaintiffs the sum of $92,750.00 as soon as reasonably practicable in full and final settlement of all claims for litigation costs in this case, under any provision of law.

DATED this 7th day of January, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge